Francis Arenas
7500 W. Lake Mead Blvd., Suite 286
Las Vegas, NV 89128
Telephone: (702) 326-5725
E-mail: faarenas@aol.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Jacquita King*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Jacquita King,<br><br>        Plaintiff,<br><br>   vs.<br><br>Medical Data Systems, Inc.<br><br>        Defendant. | Case No.: 2:19-cv-01462-JCM-VCF |

## STIPULATION OF DISMISSAL
## AS TO DEFENDANT MEDICAL DATA SYSTEMS, INC

**IT IS HEREBY ORDERED** that the above-captioned action be dismissed, with prejudice, against Defendant Medical Data Systems, Inc., with each party to bear its own attorneys' fees and costs.

1

July 28, 2020

Respectfully submitted,


By: */s/ Francis Arenas*
Francis Arenas, Esq.
7500 W. Lake Mead Blvd., Suite 286
Las Vegas, NV 89128
Telephone: (702) 326-5725
Email: faarenas@aol.com
*Attorneys for Plaintiff,*
*Larie Shanks*



/s/ Jorge A. Ramirez
Jorge A. Ramirez, Esq.
Nevada Bar No. 6787
Jonathan C. Pattillo, Esq.
Nevada Bar No. 13929
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Attorneys for Defendant


**PROOF OF SERVICE**

I, Francis Arenas, hereby state that on July 28, 2020 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.


*/s/ Francis Arenas*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

Jacquita King,

      Plaintiff,

vs.

Medical Data Systems, Inc.

      Defendant.

Case No.: 2:19-cv-01462-JCM-VCF

**ORDER OF DISMISSAL
<u>WITH PREJUDICE AS TO DEFENDANT MEDICAL DATA SYSTEMS, INC</u>**

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Medical Data Systems, Inc., are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate Medical Data Systems, Inc., as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: August 10, 2020

_____
UNITED STATES DISTRICT JUDGE

3

25137221